

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00417-CV

**IN THE INTEREST OF C.N.H.**, a Child

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017EM500829
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED, and this cause is REMANDED to the trial court for further proceedings consistent with this opinion. Costs of appeal are taxed against appellee.

SIGNED February 5, 2020.

Sandee Bryan Marion, Chief Justice